```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

PATRICIA K. HARMON                                          PLAINTIFF

    v.                    Civ. No. 07-02057

GERBER PRODUCTS COMPANY,
(A DIVISION OF NOVARTIS)                                    DEFENDANT

### ORDER

    Before the Court are Defendant's Motion to Dismiss (Doc. 12) and accompanying Brief in Support (Doc. 13), filed September 27, 2007, and Plaintiff's Response (Doc. 16), filed October 15, 2007.  Plaintiff brings suit under federal law, pursuant to the Civil Rights Acts of 1964 and 1991 and the Age Discrimination in Employment Act, and state law, pursuant to the Arkansas Civil Rights Act of 1993 ("ACRA"), alleging age discrimination.  Defendant motions under Fed. R. Civ. Pro. 12(b)(6) to dismiss Plaintiff's state claims for failure to state a claim upon which relief can be granted whereas age is not a protected category under ACRA.  Plaintiff's response consists of a single sentence stating that Plaintiff "concedes that [ACRA] does not include discrimination against individuals based on age." (Doc. 16 p. 1.)  Having reviewed the relevant Arkansas Code provisions and case law, the Court finds ACRA does not offer protection against age discrimination.  *See Morrow v. City of Jacksonville, Ark.*, 941 F. Supp. 816, 826 (E.D. Ark. 1996) (granting dismissal of age

**AO72A**
**(Rev. 8/82)**

discrimination claims because "[t]he list of protected classes [under ACRA] does not include those over 40 or any other age group"); *Bell v. American Greetings Corp.*, 2007 WL 1559946, *3 (E.D. Ark. 2007) (dismissing "[b]ecause ACRA does not protect against age discrimination claims").

Accordingly, Plaintiff's ACRA claim is DISMISSED WITH PREJUDICE. Plaintiff's remaining federal claims remain set for trial on June 2, 2008.

IT IS SO ORDERED this 14th day of November 2007.

>                          /s/ Robert T. Dawson
>                          Honorable Robert T. Dawson
>                          United States District Judge